**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTIONS

Appellate case name:        Brandy Brenay Charles and Ronald Dwayne Whitfield
                            v. Texas Department of Family and Protective Services

Appellate case number:      01-18-00311-CV

Trial court case number:    2017-02559J

Trial court:                314th District Court of Harris County

This Court's May 8, 2018 Memorandum Opinion and Judgment had granted appellants Brandy Brenay Charles and Ronald Dwayne Whitfield's pro se motion to dismiss this appeal. This Court's August 28, 2018 Order on Motions had dismissed as moot appellants' pro se motions for rehearing/en banc reconsideration, and all other pending motions, because their termination appeal was pending under 01-18-00485-CV.

On September 4, 5, and November 2, 2018, appellants filed pro se motions to compel records listing both this appellate cause number and their termination appeal under 01-18-00485-CV, which has since been resolved on December 5, 2018. After this Court's August 28, 2018 Order, no petition for review was timely filed by appellants within forty-five days of that order, or by October 12, 2018. *See* TEX. R. APP. P. 53.7(a)(2). Appellants also did not file an extension of time to file a petition for review within fifteen days of that date, or by October 29, 2018. *See* TEX. R. APP. P. 4.1(a), 53.7(f). And ten days after that extension period ended, on November 8, 2018, the Clerk of this Court should have issued the mandate because neither a timely petition for review nor an extension of time to file a petition was filed. *See* TEX. R. APP. P. 18.1(a)(1). To date, the mandate has not yet issued.

Accordingly, the Court **dismisses as moot** appellants' September 4, 5, and November 2, 2018 motions, as well as any other pending motions, and **directs** the Clerk of this Court to issue the mandate immediately with this Order.

It is so ORDERED.

Judge's signature:        _____/s/ Laura C. Higley_____
                            x  Acting for the Panel
Panel consists of Justices Jennings, Keyes, and Higley.
Date:    ___December 20, 2018_____